177 A.3d 129

T.D.J., PLAINTIFF, v. J.B.–J., DEFENDANT-PETITIONER. STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. J.B.–J., DEFENDANT-PETITIONER.

C–441 September Term 2017
079688

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2061–15 and A–828–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 129

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. M.E.D., DEFENDANT-PETITIONER.

C–447 September Term 2017
079720

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001810–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.